# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HERRON,<br><br>        Plaintiff,<br><br>    v.<br><br>DELROSARIO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-02165-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 12) |

Plaintiff Brian Herron ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   The Findings and Recommendations, filed April 21, 2010, is adopted in full; and

3   2.   Plaintiff's motion for preliminary injunction, filed January 29, 2010, is denied.

4

5   IT IS SO ORDERED.

6   **Dated:   June 9, 2010**                    /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE