IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HERRON, | Case No. 1:09-cv-02165 AWI JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| NURSE DELROSARIO, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 23, 2011, the Court instructed Plaintiff to either file a third amended complaint or notify the Court in writing that he wishes to proceed only on those claims found cognizable by the Court in its screening order. (Doc. 22.) The thirty day period that the Court afforded Plaintiff for making his election has since expired. Plaintiff, however, has not responded to the Court's order in any way.

///
///
///
///
///

1   Accordingly, it is **HEREBY ORDERED** that within twenty-one days from the date of service
2 of this order, Plaintiff shall show cause in writing why this action should not be dismissed for his failure
3 to obey a court order.  Alternatively, Plaintiff shall file a third amended complaint or file written notice
4 indicating that he wishes to proceed only on those claims found cognizable by the Court in its May 23,
5 2011 order.

7 IT IS SO ORDERED.

8 Dated:   **July 1, 2011**                                         /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE