IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HERRON,<br><br>          Plaintiff,<br><br>     vs.<br><br>DELROSARIO, et al.,<br><br>          Defendants.<br>_____/ | Case No. 1:09-cv-02165 AWI JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE A THIRD AMENDED COMPLAINT<br><br>(Docs. 23 & 24) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2011, the Court ordered Plaintiff to show cause why this case should not be dismissed for Plaintiff's failure to file a third amended complaint or notice indicating his willingness to proceed only on those claims found cognizable by the Court in its May 23, 2011 order. (Doc. 23.) On July 13, 2011, Plaintiff filed a motion for an extension of time to file a third amended complaint.[1] (Doc. 24.) Therein, Plaintiff explains that on June 1, 2011, he suffered an infection in his leg that required him to be quarantined for ten days. (Id. at 2.) According to Plaintiff, he has since been unable to access his belongings, which includes his original complaint, among other things. (Id.)

Good cause appearing, it is **HEREBY ORDERED** that:

1.       The Court's July 5, 2011 order to show cause (Doc. 23) is **DISCHARGED**;

---

[1] There is some discrepancy as to when this motion was drafted. Plaintiff's motion is dated June 23, 2011, but the Court did not receive and file the document until July 13, 2011.

1

2. Plaintiff's July 13, 2011 motion for an extension of time is **GRANTED**;

3. Within thirty (30) days of the date of this order, Plaintiff shall file either a third amended complaint or notice of his willingness to proceed only on those claims found cognizable in the Court's May 23, 2011 order; and

4. Plaintiff is firmly warned that failure to obey this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 15, 2011**                     /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE